BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br>23ANDME, INC., Customer Data Security<br>Breach Litigation | MDL No. 3098 |

**PLAINTIFF ALYSON HU'S INTERESTED PARTY RESPONSE
TO MOTION FOR TRANSFER AND CONSOLIDATION OF 23ANDME, INC.
LITIGATION PURSUANT TO 23 U.S.C. § 1407**

Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., and 23andMe Holding Co. (collectively, "23andMe") have filed a motion before the Panel to create a multidistrict litigation ("MDL") pursuant to 28 U.S.C. § 1407. Plaintiff Michele Bacus, as the putative class representative in Bacus v. 23andMe, Inc., No. 1:23-cv-16828 (N.D. Ill.), has filed an Interested Party Response in opposition to 23andMe's motion.

Interested Party Plaintiff Alyson Hu, as the putative class representative in Hu v. 23andMe, Inc., No. 1:23-cv-17079 (N.D. Ill.), hereby joins in Plaintiff Michelle Bacus' Opposition to Motion for Transfer and Consolidation of 23andMe, Inc.'s Litigation pursuant to 23 U.S.C. § 1407 (Docket Entry No. 48), for all reasons therein.

Dated: January 19, 2024

Respectfully submitted,

/s/ Katrina Carroll
Katrina Carroll
**LYNCH CARPENTER LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
P: 312-750-1265
F: 412-231-0246
katrina@lcllp.com

*Attorney for Plaintiff Alyson Hu
Case No. (1:23-cv-17079)*